```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :    22md3043 (DLC)
IN RE: Acetaminophen - ASD-ADHD          :    22mc3043 (DLC)
Products Liability Litigation            :
                                         :    FINAL JUDGMENT
This Document Relates To: Cases Listed   :
in Exhibit 1                             :
---------------------------------------- X
```

DENISE COTE, District Judge:

On December 18, 2023, the defendants' Rule 702 motions regarding the plaintiffs' proposed general causation expert testimony were granted. On January 16, this Court issued an Order to Show Cause why summary judgment should not be entered in each Member Case of this MDL in which the SFC was served on or before January 11, 2024.

The January 16 Order also provided that plaintiffs in any Member Case in which an SFC was served on or after January 12, 2024 shall have 21 days from the date of service to show cause why summary judgment should not be entered in favor of the defendants named in that Member Case for failure to 1) present admissible evidence of general causation; 2) show any error in the December 17, 2023 Rule 702 Opinion; and/or 3) show why the December 18, 2023 Rue 702 Opinion does not apply to their Member Case.

On February 1, 2024, plaintiffs conceded that summary judgment was proper in each Member Case listed in Exhibit A to

plaintiffs' response (22MD3043: ECF No. 1398, Exhibit A).  A February 5, 2024 Order required the defendants to confirm that Exhibit A contained a complete list of Member Cases in which summary judgment was proper.

On February 15, 2024, the defendants responded to plaintiffs' responses to the January 16 Order by, inter alia, providing certain corrections and additions to the list provided by the plaintiffs (22MD3043: ECF No. 1405).  Defendants filed their updated list at 22MD3043: ECF No. 1405, Exhibit 1, and it is attached as Exhibit 1 to this Order.  Plaintiffs have not objected to Exhibit 1's accuracy or completeness.  Accordingly, it is hereby

ORDERED that, for the reasons set forth in the Court's Opinion and Order of December 18, 2023, and in the January 16, 2024 Order to Show Cause, final judgment is entered for defendants under Fed. R. Civ. P. 58 in each case listed in Exhibit 1 to this Order.

Dated:    New York, New York
          February 21, 2024

```
                                       _____
                                              DENISE COTE
                                       United States District Judge
```

Case 1:23-cv-03ula-DLC Document 105-1 Filed 02/21/24 Page 3 of 18

# EXHIBIT 1

# EXHIBIT 1: SCHEDULE OF ACTIONS

| Case Name | Case No. |
| --- | --- |
| *Rutledge v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08782 |
| *Guzman v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08783 |
| *Magana v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08785 |
| *Foley v. Walmart Inc.* | 1:22-cv-08808 |
| *Gaddis v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08810 |
| *Nickles v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08811 |
| *Stafford v. CVS Pharmacy, Inc., et al.* | 1:22-cv-08813 |
| *Maguire v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08814 |
| *Greene v. Safeway, Inc.* | 1:22-cv-08815 |
| *Thompson v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08816 |
| *Johnson v. Johnson & Johnson Consumer Inc.* | 1:22-cv-08817 |
| *McKinney v. Rite Aid Corporation* | 1:22-cv-08818 |
| *Chapman v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08830 |
| *Taylor v. Walgreen Co. et al.* | 1:22-cv-08930 |
| *Brewer v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-08931 |
| *Hatfield v. Walmart Inc.* | 1:22-cv-09011 |
| *Roberts v. Target Corporation et al.* | 1:22-cv-09012 |
| *Hanson v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09020 |
| *Crawford v. Target Corporation et al.* | 1:22-cv-09022 |
| *Rivera v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09024 |
| *Strenke v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09027 |
| *King v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09029 |
| *Wicker v. Target Corporation et al.* | 1:22-cv-09030 |
| *Strydom v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09031 |
| *Skibicki v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09032 |
| *Cagle v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09033 |
| *Bureau v. Walmart Inc.* | 1:22-cv-09035 |
| *Hillix v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09038 |
| *Camargo v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09039 |
| *Ferguson v. Walgreen Co.* | 1:22-cv-09040 |
| *Lindberg v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09041 |
| *Baxter v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09042 |
| *Watts v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09043 |
| *Brakken v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09045 |
| *Funk v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09046 |
| *Jellema v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09047 |
| *Radford-Garcia v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09048 |

| Case Name | Case No. |
|---|---|
| *Bell v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09049 |
| *Halafihi v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09050 |
| *Anderson v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09052 |
| *Gevargiz v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09053 |
| *Miles v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09054 |
| *Good v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09055 |
| *Correll v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09056 |
| *Mijares v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09057 |
| *Young v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09058 |
| *Hernandez v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09059 |
| *Gray v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09060 |
| *Hampton v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09069 |
| *Ruiz v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09072 |
| *Archer v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09076 |
| *Gazley v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09078 |
| *Stark v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09079 |
| *Hatcher v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09081 |
| *Oleson v. Walmart Inc.* | 1:22-cv-09083 |
| *McEvoy v. Target Corporation* | 1:22-cv-09086 |
| *Costa v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09087 |
| *Horowitz v. Costco Wholesale Corporation et al.* | 1:22-cv-09091 |
| *Ricotta v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09285 |
| *Contreras v. Big Lots, Inc. et al.* | 1:22-cv-09878 |
| *Sanders v. Walmart Inc.* | 1:22-cv-09879 |
| *Gonzales v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09891 |
| *Moran v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-09934 |
| *Brown v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09992 |
| *Portillo v. Johnson & Johnson Consumer Inc.* | 1:22-cv-09996 |
| *Flournoy v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10020 |
| *Ritchie v. CVS Pharmacy, Inc.* | 1:22-cv-10021 |
| *Richardson v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10022 |
| *Chopin v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10023 |
| *Stahlke v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10026 |
| *Osuna v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10027 |
| *Garcia v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10029 |
| *Hunter v. Johnson & Johnson Consumer Inc.* | 1:22-cv-10030 |
| *Flores v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10031 |
| *Valdez v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10034 |
| *Elder v. Johnson & Johnson Consumer Inc., et al.* | 1:22-cv-10036 |

| Case Name | Case No. |
|---|---|
| Sinclair v. Johnson & Johnson Consumer Inc. | 1:22-cv-10038 |
| Mendez v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10039 |
| Cardenas v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10040 |
| Gonzalez v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10041 |
| Hernandez v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10042 |
| Garcia v. Johnson & Johnson Consumer Inc. | 1:22-cv-10044 |
| Rios v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10046 |
| Rudd v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10198 |
| Smith v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10220 |
| Peavly Hawes v. Johnson & Johnson Consumer Inc. | 1:22-cv-10698 |
| Tate v. Johnson & Johnson Consumer Inc., et al. | 1:22-cv-10699 |
| Norris v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-00214 |
| Foster v. Johnson & Johnson Consumer Inc. | 1:23-cv-00563 |
| Swindell v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-00664 |
| Rodriguez v. Johnson & Johnson Consumer Inc. | 1:23-cv-01014 |
| Dodd v. Johnson & Johnson Consumer Inc. | 1:23-cv-01511 |
| Bonaparte v. Johnson & Johnson Consumer Inc. | 1:23-cv-01512 |
| Jernigan v. Johnson & Johnson Consumer Inc. | 1:23-cv-01953 |
| Sampson v. Johnson & Johnson Consumer Inc. | 1:23-cv-01955 |
| Wood v. Johnson & Johnson Consumer Inc. | 1:23-cv-02010 |
| McDanel v. Johnson & Johnson Consumer Inc. | 1:23-cv-02209 |
| Leon v. Johnson & Johnson Consumer Inc. | 1:23-cv-02357 |
| Woolbright v. Johnson & Johnson Consumer Inc. | 1:23-cv-02417 |
| McGee v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-02435 |
| Walker v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-02442 |
| Amerson v. Johnson & Johnson Consumer Inc. | 1:23-cv-02626 |
| Fagan v. Johnson & Johnson Consumer Inc. | 1:23-cv-02706 |
| Rogers (Rodgers) v. Johnson & Johnson Consumer Inc. | 1:23-cv-02707 |
| Brooks v. Johnson & Johnson Consumer Inc. | 1:23-cv-02711 |
| Meyer v. Johnson & Johnson Consumer Inc. | 1:23-cv-02719 |
| Roberts v. Johnson & Johnson Consumer Inc. | 1:23-cv-02726 |
| Vincent v. Johnson & Johnson Consumer Inc. | 1:23-cv-02730 |
| Hessler v. Johnson & Johnson Consumer Inc. | 1:23-cv-02732 |
| Lopez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-02743 |
| Lopez v. Johnson & Johnson Consumer Inc. | 1:23-cv-02745 |
| Brehm v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-02944 |
| Chardon v. Johnson & Johnson Consumer Inc. | 1:23-cv-02983 |
| Siegel v. Johnson & Johnson Consumer Inc. | 1:23-cv-02992 |
| Arredondo v. Johnson & Johnson Consumer Inc. | 1:23-cv-03035 |

| Case Name | Case No. |
|---|---|
| Garcia v. Johnson & Johnson Consumer Inc. | 1:23-cv-03038 |
| Rhead v. Johnson & Johnson Consumer Inc. | 1:23-cv-03118 |
| Seymour v. Johnson & Johnson Consumer Inc. | 1:23-cv-03120 |
| Gaffney v. Johnson & Johnson Consumer Inc. | 1:23-cv-03123 |
| Hill v. Johnson & Johnson Consumer Inc. | 1:23-cv-03128 |
| Carroll v. Johnson & Johnson Consumer Inc. | 1:23-cv-03131 |
| Hillyer v. Johnson & Johnson Consumer Inc. | 1:23-cv-03136 |
| Bryant v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-03141 |
| Talbot v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-03233 |
| Bryant v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-03550 |
| Ervin v. Johnson & Johnson Consumer Inc. | 1:23-cv-03581 |
| Lindsey v. Johnson & Johnson Consumer Inc. | 1:23-cv-03615 |
| Tyson v. Johnson & Johnson Consumer Inc. | 1:23-cv-03619 |
| Pruneda v. Johnson & Johnson Consumer Inc. | 1:23-cv-03621 |
| Arellano v. Johnson & Johnson Consumer Inc. | 1:23-cv-03624 |
| Messenger v. Johnson & Johnson Consumer Inc. | 1:23-cv-03629 |
| Paradine v. Johnson & Johnson Consumer Inc. | 1:23-cv-03632 |
| Lemoine v. Johnson & Johnson Consumer Inc. | 1:23-cv-03635 |
| Higgins v. Johnson & Johnson Consumer Inc. | 1:23-cv-03636 |
| Farrell v. Johnson & Johnson Consumer Inc. | 1:23-cv-03638 |
| Nishman v. Johnson & Johnson Consumer Inc. | 1:23-cv-03640 |
| Allred v. Johnson & Johnson Consumer Inc. | 1:23-cv-03642 |
| Beatty v. Johnson & Johnson Consumer Inc. | 1:23-cv-03648 |
| Weisz v. Johnson & Johnson Consumer Inc. | 1:23-cv-03649 |
| Wilkerson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04015 |
| Zukus v. Johnson & Johnson Consumer Inc. | 1:23-cv-04019 |
| Ogoh Jr. v. Johnson & Johnson Consumer Inc. | 1:23-cv-04022 |
| Zagara v. Johnson & Johnson Consumer Inc. | 1:23-cv-04024 |
| Jackson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04026 |
| Price v. Johnson & Johnson Consumer Inc. | 1:23-cv-04028 |
| Jackson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04029 |
| Garcia v. Johnson & Johnson Consumer Inc. | 1:23-cv-04036 |
| Buendia v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04144 |
| Cross v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04168 |
| Levindoski v. Johnson & Johnson Consumer Inc. | 1:23-cv-04177 |
| Mickle v. Johnson & Johnson Consumer Inc. | 1:23-cv-04191 |
| Dafney v. Johnson & Johnson Consumer Inc. | 1:23-cv-04249 |
| Airth v. Johnson & Johnson Consumer Inc. | 1:23-cv-04282 |
| Klein v. Johnson & Johnson Consumer Inc. | 1:23-cv-04285 |

| Case Name | Case No. |
|---|---|
| Addicott v. Johnson & Johnson Consumer Inc. | 1:23-cv-04311 |
| Duke v. Johnson & Johnson Consumer Inc. | 1:23-cv-04317 |
| Peters v. Johnson & Johnson Consumer Inc. | 1:23-cv-04324 |
| Holzmann v. Johnson & Johnson Consumer Inc. | 1:23-cv-04325 |
| Proctor v. Johnson & Johnson Consumer Inc. | 1:23-cv-04469 |
| Reed v. Johnson & Johnson Consumer Inc. | 1:23-cv-04486 |
| Owens v. Johnson & Johnson Consumer Inc. | 1:23-cv-04496 |
| Blackmon v. Johnson & Johnson Consumer Inc. | 1:23-cv-04499 |
| Carlock v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04504 |
| Mathis v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04507 |
| Thomas v. Johnson & Johnson Consumer Inc. | 1:23-cv-04511 |
| Snorton v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04512 |
| Pirtle v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04516 |
| Dowdell v. Johnson & Johnson Consumer Inc. | 1:23-cv-04517 |
| Baker v. Johnson & Johnson Consumer Inc. | 1:23-cv-04529 |
| Thomason v. Johnson & Johnson Consumer Inc. | 1:23-cv-04531 |
| Davis v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04534 |
| Briggs v. Johnson & Johnson Consumer Inc. | 1:23-cv-04535 |
| Isa v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04538 |
| Martin v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04539 |
| Masse v. Johnson & Johnson Consumer Inc. | 1:23-cv-04543 |
| Bouley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04546 |
| Freeman v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04549 |
| Chenevert v. Johnson & Johnson Consumer Inc. | 1:23-cv-04553 |
| Hix v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04556 |
| Mohamed v. Johnson & Johnson Consumer Inc. | 1:23-cv-04558 |
| Rasnake v. Johnson & Johnson Consumer Inc. | 1:23-cv-04559 |
| Van Horn v. Walmart Inc. | 1:23-cv-04561 |
| Cordell v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04564 |
| Kasim v. Johnson & Johnson Consumer Inc. | 1:23-cv-04568 |
| Anderson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04574 |
| Thierry v. Johnson & Johnson Consumer Inc. | 1:23-cv-04576 |
| Huggett v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04586 |
| Thornton v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04587 |
| Banks v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04588 |
| Robinson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04589 |
| Jackson v. Johnson & Johnson Consumer Inc. | 1:23-cv-04593 |
| Green v. Johnson & Johnson Consumer Inc. | 1:23-cv-04594 |
| Cole v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04600 |

| Case Name | Case No. |
|---|---|
| Roberts v. Johnson & Johnson Consumer Inc. | 1:23-cv-04608 |
| Smart v. Johnson & Johnson Consumer Inc. | 1:23-cv-04612 |
| Caston v. Johnson & Johnson Consumer Inc. | 1:23-cv-04613 |
| Grant v. Johnson & Johnson Consumer Inc. | 1:23-cv-04619 |
| Evans v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04621 |
| Conner-Ali v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04624 |
| Rife v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04641 |
| Coleman v. Johnson & Johnson Consumer Inc. | 1:23-cv-04644 |
| Brewer v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04645 |
| Powlowski v. Johnson & Johnson Consumer Inc. | 1:23-cv-04714 |
| Pennington v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04719 |
| Smith v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-04725 |
| Nunez v. Johnson & Johnson Consumer Inc. | 1:23-cv-04752 |
| Singleton v. Johnson & Johnson Consumer Inc. | 1:23-cv-04992 |
| Lumpkins v. Johnson & Johnson Consumer Inc. | 1:23-cv-05002 |
| Jones v. Johnson & Johnson Consumer Inc. | 1:23-cv-05005 |
| Bowlin v. Johnson & Johnson Consumer Inc. | 1:23-cv-05045 |
| Abrams v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05083 |
| Tarallo v. Johnson & Johnson Consumer Inc. | 1:23-cv-05187 |
| Bissette v. Johnson & Johnson Consumer Inc. | 1:23-cv-05189 |
| Estes v. Johnson & Johnson Consumer Inc. | 1:23-cv-05223 |
| Lester v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05269 |
| Blanchard v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05278 |
| Mata v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05285 |
| Lott v. Johnson & Johnson Consumer Inc. | 1:23-cv-05298 |
| Cannon v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05338 |
| Conner v. CVS Pharmacy, Inc. et al. | 1:23-cv-05339 |
| Normand v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05341 |
| Hawkins v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05408 |
| Allen v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05413 |
| Marshall v. Johnson & Johnson Consumer Inc. | 1:23-cv-05415 |
| Lyons v. Johnson & Johnson Consumer Inc. | 1:23-cv-05417 |
| Green v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05419 |
| Andino v. Johnson & Johnson Consumer Inc. | 1:23-cv-05421 |
| Gil v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05425 |
| Holder v. Johnson & Johnson Consumer Inc. | 1:23-cv-05433 |
| Maxwell v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05445 |
| Deberry v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05449 |
| Salyers v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05454 |

| Case Name | Case No. |
| --- | --- |
| Johnson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05470 |
| Hawkins v. Johnson & Johnson Consumer Inc. | 1:23-cv-05474 |
| Gisclair v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05475 |
| Clark v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05478 |
| Turner v. Johnson & Johnson Consumer Inc. | 1:23-cv-05480 |
| Soria v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05496 |
| Beckham v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05497 |
| Whitfield v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05499 |
| White v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05505 |
| Coada v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05507 |
| Jones v. Johnson & Johnson Consumer Inc. | 1:23-cv-05508 |
| Todd v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05513 |
| Keyes v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05517 |
| Charlot v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05520 |
| Offord v. Johnson & Johnson Consumer Inc. | 1:23-cv-05521 |
| Moore v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05522 |
| Yearby v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05524 |
| Gutierrez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05526 |
| Edwards v. Johnson & Johnson Consumer Inc. | 1:23-cv-05527 |
| Denton v. Johnson & Johnson Consumer Inc. | 1:23-cv-05532 |
| Brownledoux v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05534 |
| Reynolds v. Johnson & Johnson Consumer Inc. | 1:23-cv-05538 |
| Korir v. Johnson & Johnson Consumer Inc. | 1:23-cv-05566 |
| Dunn v. Johnson & Johnson Consumer Inc. | 1:23-cv-05575 |
| Lonzo v. Johnson & Johnson Consumer Inc. | 1:23-cv-05629 |
| Reece v. Johnson & Johnson Consumer Inc. | 1:23-cv-05632 |
| Wallace v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05636 |
| Deming v. Johnson & Johnson Consumer Inc. | 1:23-cv-05648 |
| Richard v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05649 |
| Vinson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05650 |
| Johnson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05655 |
| Ellis v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05656 |
| Childress v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05680 |
| Trevorrow v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05681 |
| Hardin v. Johnson & Johnson Consumer Inc. | 1:23-cv-05682 |
| Joseph-Richard v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05683 |
| Andrews v. Johnson & Johnson Consumer Inc. | 1:23-cv-05684 |
| Kanyuh v. Johnson & Johnson Consumer Inc. | 1:23-cv-05685 |
| Sutton v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05686 |

| Case Name | Case No. |
|---|---|
| Norfleet v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05687 |
| Baxter v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05688 |
| Murray v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05689 |
| Mullen v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05690 |
| Tune v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05691 |
| Garcia v. Johnson & Johnson Consumer Inc. | 1:23-cv-05703 |
| Sousa v. Johnson & Johnson Consumer Inc. | 1:23-cv-05721 |
| McWhite-York v. Johnson & Johnson Consumer Inc. | 1:23-cv-05724 |
| Allison v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-05765 |
| Hall v. Johnson & Johnson Consumer Inc. | 1:23-cv-05768 |
| Crump v. Johnson & Johnson Consumer Inc. | 1:23-cv-05799 |
| Moore v. Johnson & Johnson Consumer Inc. | 1:23-cv-05927 |
| Ford v. Johnson & Johnson Consumer Inc. | 1:23-cv-05930 |
| Morin v. Target Corporation | 1:23-cv-05940 |
| Rainwater v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06027 |
| Hardin v. Johnson & Johnson Consumer Inc. | 1:23-cv-06055 |
| Ford v. Johnson & Johnson Consumer Inc. | 1:23-cv-06057 |
| Watts v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06060 |
| Meece v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06062 |
| Hicks v. Johnson & Johnson Consumer Inc. | 1:23-cv-06065 |
| Byrd v. Johnson & Johnson Consumer Inc. | 1:23-cv-06074 |
| Sciocchetti v. Johnson & Johnson Consumer Inc. | 1:23-cv-06080 |
| Kegbe-Davis v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06209 |
| Hutson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06253 |
| Calderon-Santiago v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06254 |
| Breitweiser v. Johnson & Johnson Consumer Inc. | 1:23-cv-06255 |
| Gonzalez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06256 |
| Atkins v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06259 |
| Patton v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06263 |
| Saucier v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06267 |
| Young v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06308 |
| Berry v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06310 |
| Knight v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06311 |
| Dawson v. Johnson & Johnson Consumer Inc. | 1:23-cv-06316 |
| Carnes Bagley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06321 |
| Herrin v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06330 |
| Wells v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06333 |
| Landry v. Johnson & Johnson Consumer Inc. | 1:23-cv-06337 |
| Foster v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06378 |

| Case Name | Case No. |
|---|---|
| *Fischer v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06381 |
| *Walker v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06402 |
| *Waterson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06407 |
| *Manyweather v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06411 |
| *George v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06488 |
| *Hamad v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06489 |
| *Tezeno v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06490 |
| *Whitney v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06491 |
| *Hubble v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06492 |
| *Bailey v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06493 |
| *Tate v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06494 |
| *Mack v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06495 |
| *Crawford v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06497 |
| *Perkins v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06498 |
| *Proffitt v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06502 |
| *Golightly v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06504 |
| *Brooks v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06505 |
| *May v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06507 |
| *Stevenson v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06514 |
| *LaBranche v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06562 |
| *Senegal v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06563 |
| *Acevedo v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06564 |
| *Hart v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06565 |
| *Rigsby v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06567 |
| *Boney v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06569 |
| *Borriello v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06571 |
| *Morales v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06574 |
| *Nunez v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06575 |
| *Tidwell v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06579 |
| *Knighten v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06580 |
| *May v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06606 |
| *Sims v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06616 |
| *Cannon v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06617 |
| *Herrera v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06618 |
| *Henderson v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-06619 |
| *Daniels v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06620 |
| *Smith v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06621 |
| *Staehle v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06622 |
| *Knaack v. Johnson & Johnson Consumer Inc.* | 1:23-cv-06623 |

| Case Name | Case No. |
|---|---|
| Norman v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06636 |
| Dupree v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06638 |
| Lindemann v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06639 |
| Aguilar v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06641 |
| Raymer v. Johnson & Johnson Consumer Inc. | 1:23-cv-06647 |
| McCauley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06648 |
| Lala v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06654 |
| Koston v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06659 |
| McCalister v. Johnson & Johnson Consumer Inc. | 1:23-cv-06662 |
| Fortune v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06663 |
| Savoy v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06664 |
| Morales v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06665 |
| Espinoza v. Johnson & Johnson Consumer Inc. | 1:23-cv-06666 |
| Holt v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06669 |
| Pulley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06671 |
| Marrero v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06672 |
| Calvani v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06676 |
| Harris v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06677 |
| Moore v. Dolgencorp, LLC et al. | 1:23-cv-06678 |
| Slaughter v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06681 |
| Jones v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-06682 |
| Booker v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07012 |
| Lesende v. Johnson & Johnson Consumer Inc. | 1:23-cv-07041 |
| Blea-Flores (Bea-Flores) v. Johnson & Johnson Consumer Inc. | 1:23-cv-07073 |
| Gilley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07096 |
| Ferrante v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07173 |
| Nelson v. Johnson & Johnson Consumer Inc. | 1:23-cv-07214 |
| Wagner v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07220 |
| Helmondollar v. Johnson & Johnson Consumer Inc. | 1:23-cv-07223 |
| Ballesteros v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07350 |
| Richmond v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07411 |
| Baines v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07412 |
| Brown v. Johnson & Johnson Consumer Inc. | 1:23-cv-07508 |
| Lopez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07590 |
| Bravo-Segura v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07611 |
| Ramirez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07653 |
| Edwards v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-07693 |
| Overall v. Johnson & Johnson Consumer Inc. | 1:23-cv-07700 |
| Portnov v. Johnson & Johnson Consumer Inc. | 1:23-cv-07726 |

| Case Name | Case No. |
|---|---|
| *Bishop v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07728 |
| *Heffner v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07730 |
| *Wick v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07731 |
| *Gashi v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07785 |
| *Stacy v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07787 |
| *Belcher v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07788 |
| *Davis v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07790 |
| *Ward-Jones v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07795 |
| *Gooden v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07799 |
| *Waymire v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07801 |
| *Mayer v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07803 |
| *White v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07807 |
| *Hutchens v. The Kroger Co.* | 1:23-cv-07811 |
| *Perry v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07815 |
| *Drago v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07817 |
| *Hankins v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-07821 |
| *Smith v. Johnson & Johnson Consumer Inc.* | 1:23-cv-07977 |
| *Denson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08029 |
| *Castellanos v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08176 |
| *Walk v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08333 |
| *Tate v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08340 |
| *Karn v. Walgreen Co.* | 1:23-cv-08381 |
| *Alfonso v. Walmart Inc.* | 1:23-cv-08392 |
| *Wilson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08393 |
| *Edwards v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08396 |
| *Rousse v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08402 |
| *Esquiliano v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08444 |
| *Greer v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08449 |
| *Berdote-Barroso v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08480 |
| *Thomas v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08499 |
| *Gentle v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08550 |
| *Cervantes v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08567 |
| *Key v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08602 |
| *Tsui v. Walmart Inc.* | 1:23-cv-08603 |
| *McKinnie v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08606 |
| *Whitehead v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08715 |
| *Poray v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08814 |
| *McCreary v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-08818 |
| *Belmonte v. Johnson & Johnson Consumer Inc.* | 1:23-cv-08827 |

| Case Name | Case No. |
|---|---|
| Green v. Johnson & Johnson Consumer Inc. | 1:23-cv-08858 |
| Irizarry v. Johnson & Johnson Consumer Inc. | 1:23-cv-08859 |
| Gonowrie v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-08964 |
| Mako v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-08974 |
| Horne v. Johnson & Johnson Consumer Inc. | 1:23-cv-09021 |
| Harrison v. Johnson & Johnson Consumer Inc. | 1:23-cv-09032 |
| Miles v. Johnson & Johnson Consumer Inc. | 1:23-cv-09041 |
| Johnson v. Johnson & Johnson Consumer Inc. | 1:23-cv-09045 |
| LaBranche v. Johnson & Johnson Consumer Inc. | 1:23-cv-09099 |
| Banerjee v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09163 |
| Campbell v. Johnson & Johnson Consumer Inc. | 1:23-cv-09242 |
| Yoakum v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09257 |
| Raby v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09385 |
| Foust v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09420 |
| Edwards Adolph v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09446 |
| Berthiaume v. Johnson & Johnson Consumer Inc. | 1:23-cv-09504 |
| Bicic v. Johnson & Johnson Consumer Inc. | 1:23-cv-09525 |
| Stanley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09527 |
| Smith v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09564 |
| Hinson v. Johnson & Johnson Consumer Inc. | 1:23-cv-09566 |
| Jones v. Johnson & Johnson Consumer Inc. | 1:23-cv-09567 |
| Massey v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09571 |
| Singletary v. Johnson & Johnson Consumer Inc. | 1:23-cv-09581 |
| Jones v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09582 |
| Ford v. Sam's West Inc. et al. | 1:23-cv-09583 |
| Rosenbaum v. Walmart Inc. | 1:23-cv-09584 |
| Gray v. Johnson & Johnson Consumer Inc. | 1:23-cv-09585 |
| Stewart v. Johnson & Johnson Consumer Inc. | 1:23-cv-09586 |
| Comeaux-Villermin v. Johnson & Johnson Consumer Inc. | 1:23-cv-09588 |
| Hall v. Johnson & Johnson Consumer Inc. | 1:23-cv-09593 |
| Dodson v. Johnson & Johnson Consumer Inc. | 1:23-cv-09594 |
| Senske v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09595 |
| Williams v. Johnson & Johnson Consumer Inc. | 1:23-cv-09596 |
| Mitchell v. Johnson & Johnson Consumer Inc. | 1:23-cv-09597 |
| O'Griffin v. Johnson & Johnson Consumer Inc. | 1:23-cv-09607 |
| Weaver v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09608 |
| Bellin v. Johnson & Johnson Consumer Inc. | 1:23-cv-09615 |
| Semmes v. The Kroger Co. et al. | 1:23-cv-09626 |
| Zida v. Johnson & Johnson Consumer Inc. | 1:23-cv-09659 |

| Case Name | Case No. |
|---|---|
| Ramirez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09669 |
| Bowes v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09687 |
| Wagemaker v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09814 |
| Whitaker v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09841 |
| Motahari v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09845 |
| Perez v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09848 |
| Dillworth v. Johnson & Johnson Consumer Inc. | 1:23-cv-09852 |
| Guzman v. Johnson & Johnson Consumer Inc. | 1:23-cv-09882 |
| Mallah v. Johnson & Johnson Consumer Inc. | 1:23-cv-09892 |
| Martin v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09959 |
| Spann v. Johnson & Johnson Consumer Inc. | 1:23-cv-09964 |
| Shryock v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-09967 |
| Jones v. Johnson & Johnson Consumer Inc. | 1:23-cv-10019 |
| Bishop v. Johnson & Johnson Consumer Inc. | 1:23-cv-10054 |
| Shepard v. Johnson & Johnson Consumer Inc. | 1:23-cv-10055 |
| Aguiar v. Johnson & Johnson Consumer Inc. | 1:23-cv-10070 |
| Ellis v. Dolgencorp, LLC | 1:23-cv-10081 |
| Charles v. Johnson & Johnson Consumer Inc. | 1:23-cv-10082 |
| Walston v. Johnson & Johnson Consumer Inc. | 1:23-cv-10175 |
| King v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10183 |
| Howell-Adams v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10185 |
| Merriweather v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10189 |
| Sanchez v. Johnson & Johnson Consumer Inc. | 1:23-cv-10192 |
| Wilson v. Johnson & Johnson Consumer Inc. | 1:23-cv-10215 |
| Marsh v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10221 |
| Silas v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10227 |
| Riley-Simmons v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10228 |
| Herbert v. Johnson & Johnson Consumer Inc. | 1:23-cv-10286 |
| Register v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10291 |
| Madding v. Johnson & Johnson Consumer Inc. | 1:23-cv-10325 |
| Crawley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10341 |
| Allen v. Johnson & Johnson Consumer Inc. | 1:23-cv-10397 |
| Robinson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10401 |
| McIntosh v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10404 |
| Parker v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10409 |
| Leanox v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10412 |
| Schupbach v. Johnson & Johnson Consumer Inc. | 1:23-cv-10417 |
| Davidson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10418 |
| Hunter v. Johnson & Johnson Consumer Inc. | 1:23-cv-10422 |

| Case Name | Case No. |
|---|---|
| Coleman v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10445 |
| Patterson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10446 |
| Caine v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10449 |
| Kelley v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10450 |
| Kendrick v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10452 |
| Ausherman v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10458 |
| Blanchard v. Johnson & Johnson Consumer Inc. | 1:23-cv-10461 |
| Schambon v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10470 |
| Emerson v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10476 |
| Kennedy v. Johnson & Johnson Consumer Inc. | 1:23-cv-10478 |
| Case v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10482 |
| Johnson v. Johnson & Johnson Consumer Inc. | 1:23-cv-10483 |
| Allred v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10492 |
| Etheridge v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10493 |
| Mayfield v. Johnson & Johnson Consumer Inc. | 1:23-cv-10494 |
| Jones v. Johnson & Johnson Consumer Inc. | 1:23-cv-10495 |
| Huntsman v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10496 |
| Vorise v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10497 |
| Cooper v. Johnson & Johnson Consumer Inc. | 1:23-cv-10498 |
| Cheramie v. Johnson & Johnson Consumer Inc. | 1:23-cv-10499 |
| Tuco v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10500 |
| James v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10501 |
| Adams v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10503 |
| Shaffett v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10505 |
| Satre v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10526 |
| Milligan v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10529 |
| Sullivan v. Johnson & Johnson Consumer Inc. | 1:23-cv-10558 |
| Frey v. Johnson & Johnson Consumer Inc. | 1:23-cv-10562 |
| Hauser v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10567 |
| Penn v. Johnson & Johnson Consumer Inc. | 1:23-cv-10622 |
| Pope v. Johnson & Johnson Consumer Inc. | 1:23-cv-10625 |
| Smith v. Johnson & Johnson Consumer Inc. | 1:23-cv-10627 |
| Cassidy v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10634 |
| Bordelon v. Johnson & Johnson Consumer Inc., et al. | 1:23-cv-10677 |
| Campbell v. Johnson & Johnson Consumer Inc. | 1:23-cv-10704 |
| Cooper v. Johnson & Johnson Consumer Inc. | 1:23-cv-10705 |
| Abdin v. Johnson & Johnson Consumer Inc. | 1:23-cv-10761 |
| Lawrence v. Johnson & Johnson Consumer Inc. | 1:23-cv-10792 |
| Dede v. Johnson & Johnson Consumer Inc. | 1:23-cv-10820 |

| Case Name | Case No. |
|---|---|
| *Hardin v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-10825 |
| *Schell v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10833 |
| *Julun v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-10837 |
| *McQuaide v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10888 |
| *Williams v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10891 |
| *Appelhanz v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10892 |
| *Plaisir v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10904 |
| *Anderson v. Johnson & Johnson Consumer Inc.* | 1:23-cv-10909 |
| *White v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-10914 |
| *Taylor v. Johnson & Johnson Consumer Inc.* | 1:23-cv-11121 |
| *Dogo v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-11124 |
| *Cross v. Johnson & Johnson Consumer Inc., et al.* | 1:23-cv-11243 |
| *Glover v. Johnson & Johnson Consumer Inc., et al.* | 1:24-cv-00071 |
| *Archie v. Johnson & Johnson Consumer Inc.* | 1:24-cv-00083 |
| *Ramirez v. Johnson & Johnson Consumer Inc., et al.* | 1:24-cv-00221 |
| *Smith v. Johnson & Johnson Consumer Inc.* | 1:24-cv-00431 |

15